UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KRISTINA GILBERT,

            Plaintiff,

    v.                                         Civil Action No.  17-cv-939

NORTHLAND GROUP, INC.,

            Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kristina Gilbert, hereby voluntarily dismisses this action against Defendants, Northland Group, Inc., with prejudice.

DATED:  10/31/2017

*/s/ Seth J. Andrews*_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884